**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 12 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-10213 |
| Plaintiff-Appellee, | |
| v. | D.C. No. 2:14-cr-00328-KJD-NJK-5 |
| ANTHONY NAVARRO, AKA Anthony Andrew Navarro, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Kent J. Dawson, District Judge, Presiding

Submitted October 4, 2019**
San Francisco, California

Before: PAEZ and COLLINS, Circuit Judges, and CHOE-GROVES,*** Judge.

Anthony Navarro appeals from his guilty-plea conviction and 87-month

sentence for conspiracy to possess with intent to distribute heroin, in violation of

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\*\* The Honorable Jennifer Choe-Groves, Judge for the United States Court of International Trade, sitting by designation.

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 846.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Navarro's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Navarro the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

In the plea agreement, Navarro waived his right to appeal his conviction and sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief.  Accordingly, Navarro's counsel's motion to withdraw is **GRANTED** and Navarro's appeal is **DISMISSED**.